UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE VAN MEERBEKE,<br><br>   Plaintiff,<br><br>  v.<br><br>GOPRO, INC., et al.,<br><br>   Defendants. | Case No.  16-cv-00598-RS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

  Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Jon S. Tigar for consideration of whether the case is related to *Bodri v. GoPro, Inc.*, No. 16-cv-0232, and *Deem v. GoPro, Inc.*, No. 16-cv-0338.

**IT IS SO ORDERED**.

Dated: February 8, 2016

                     _____
                     RICHARD SEEBORG
                     United States District Judge