Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BODRI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC., NICHOLAS WOODMAN, and JACK LAZAR,<br><br>Defendants. | No. 3:16-cv-00232-JST<br><br>**CERTIFICATION OF ATTORNEY LAURENCE ROSEN PURSUANT TO LOCAL RULE 3-7(d)**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Jon S. Tigar<br>Hearing Date: April 21, 2016<br>Time: 2:00 p.m.<br>Ctrm: 9-19th Floor (San Francisco) |
| BARRY LEE DEEM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC., NICHOLAS WOODMAN, and JACK LAZAR,<br><br>Defendants. | No. 3:16-cv-00338-JST<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Jon S. Tigar<br>Hearing Date: April 21, 2016<br>Time: 2:00 p.m.<br>Ctrm: 9-19th Floor (San Francisco) |

| | |
|---|---|
| BARRY LEE DEEM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GOPRO, INC., NICHOLAS WOODMAN, and JACK LAZAR,<br><br>　　　　Defendants. | No. 4:16-cv-00338-PJH<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Phyllis J. Hamilton<br>Hearing Date: April 20, 2016<br>Time: 9:00 a.m.<br><br>Ctrm: 3-3rd Floor (Oakland) |
| RENE VAN MEERBEKE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GOPRO, INC., NICHOLAS D. WOODMAN, JACK R. LAZAR and ANTHONY J. BATES,<br><br>　　　　Defendants. | No. 3:16-cv-00598-JST<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Jon S. Tigar<br>Hearing Date: April 21, 2016<br>Time: 2:00 p.m.<br><br>Ctrm: 9-19th Floor (San Francisco) |
| MAJESTY PALMS, LLLP, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GOPRO, INC., NICHOLAS WOODMAN, and JACK LAZAR,<br><br>　　　　Defendants. | No. 4:16-cv-00845-CW<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Claudia Wilken<br>Hearing Date: April 19, 2016<br>Time: 2:30 p.m.<br><br>Ctrm: 2-4th Floor (Oakland) |

**CERTIFICATION OF ATTORNEY LAURENCE ROSEN**

**PURSUANT TO LOCAL RULE 3-7(d)**

　　Pursuant to Northern District Local Rule 3-7(d), I LAURENCE ROSEN, declare as follows:

1    Exclusive of securities held through mutual funds or discretionary accounts managed
2 by professional money managers, I do not directly own or otherwise have a beneficial interest
3 in the securities that are the subject of this action.

5 Executed on March 14, 2016.

**THE ROSEN LAW FIRM, P.A.**

 /s/ Laurence Rosen
Laurence Rosen, Esq. (SBN #219683)

## PROOF OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On March 14, 2016, I electronically filed the following **CERTIFICATION OF ATTORNEY LAURENCE ROSEN PURSUANT TO LOCAL RULE 3-7(d)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 14, 2016.

                                              /s/ Laurence Rosen
                                              Laurence M. Rosen