ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
      – and –
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BODRI, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>     vs.<br><br>GOPRO, INC., et al.,<br><br>                   Defendants. | Case No. 3:16-cv-00232-JST<br><br>CLASS ACTION<br><br>CERTIFICATE OF SHAWN A. WILLIAMS PURSUANT TO LOCAL RULE 3-7(d) |

1127671_1

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7()**

Pursuant to Northern District Local Rule 3-7(d), I Shawn A. Williams, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed this 14th day of March, 2015, at San Francisco, California.

s/ Shawn A. Williams<br>SHAWN A. WILLIAMS

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 14, 2016.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:shawnw@rgrdlaw.com

1127671_1

# Mailing Information for a Case 3:16-cv-00232-JST Bodri v. GoPro, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrice L. Bishop**
  service@ssbla.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Robert S. Green**
  gnecf@classcounsel.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Marisa C. Livesay**
  livesay@whafh.com,boyles@whafh.com

- **Lesley F. Portnoy**
  LPortnoy@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Rachele R. Rickert**
  rickert@whafh.com,cabrera@whafh.com,boyles@whafh.com,loritsch@whafh.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`