Barbara A. Rohr SBN 273353
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: brohr@faruqilaw.com

Richard W. Gonnello (*pro hac vice forthcoming*)
Nadeem Faruqi (*pro hac vice forthcoming*)
Megan M. Sullivan (*pro hac vice forthcoming*)
Katherine M. Lenahan (*pro hac vice forthcoming*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
E-mail: rgonnello@faruqilaw.com
         nfaruqi@faruqilaw.com
         msullivan@faruqilaw.com
         klenahan@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff Azim Maknojia*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH BODRI, on Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br>     v.<br><br>GOPRO, INC., NICHOLAS WOODMAN, and JACK LAZAR,<br>                    Defendants. | Case No. 3:16-CV-00232 (JST)<br><br>**CERTIFICATION OF BARBARA ROHR PURSUANT TO LOCAL RULE 3-7(d)**<br><br>**<u>CLASS ACTION</u>**<br><br>Judge: Hon. Jon S. Tigar<br>Date: April 21, 2016<br>Time: 2:00 P.M.<br>Courtroom: 9–19th Floor |

| | |
|---|---|
| BARRY LEE DEEM, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> GOPRO, INC., NICHOLAS WOODMAN, and JACK LAZAR, <br> Defendants. | Case No. 3:16-CV-00338 (JST) |
| RENE VAN MEERBEKE, Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> GOPRO, INC., NICHOLAS WOODMAN, JACK R. LAZAR and ANTHONY J. BATES, <br> Defendants. | Case No. 3:16-cv-00598 (JST) |

**CERTIFICATION OF BARBARA ROHR PURSUANT TO LOCAL RULE 3-7(d) 3:16-CV-00232 (JST)**

**CERTIFICATION PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Northern District Local Rule 3-7(d), I, Barbara Rohr, declare as follows:

Exclusive of securities held through mutual funds, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of March 2016 at Los Angeles, California.

By: */s/ Barbara Rohr*
Barbara Rohr

---

1
**CERTIFICATION OF BARBARA ROHR PURSUANT TO LOCAL RULE 3-7(d) 3:16-CV-00232 (JST)**

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 14, 2016 I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of such filing to counsel of record.

                      By:    */s/ Barbara Rohr*
                                   Barbara Rohr