SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
CATHERINE D. KEVANE (CSB No. 215501)
ckevane@fenwick.com
KAITLIN O. KELLER (CSB No. 298737)
kkeller@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants
GoPro, Inc., Nicholas Woodman,
Jack Lazar, and Anthony Bates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOSEPH BODRI, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

GOPRO, INC., NICHOLAS WOODMAN, and JACK LAZAR,

Defendants.

Case No.: 3:16-cv-00232 JST

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINTS AND CONTINUING CASE MANAGEMENT CONFERENCES**

Judge: Hon. Jon S. Tigar

Date Action Filed: January 13, 2016

BARRY LEE DEEM, on behalf of himself and all others similarly situated,

Plaintiff,

v.

GOPRO, INC., NICHOLAS WOODMAN, and JACK LAZAR,

Defendants.

Case No.: 3:16-cv-00338 JST

Judge: Hon. Jon S. Tigar

Date Action Filed: January 21, 2016

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO RESPOND AND CONTINUING CMC

Case No.: 3:16-cv-00232 JST
Case No.: 3:16-cv-00338 JST
Case No.: 3:16-cv-00598 JST
Case No.: 3:16-cv-00845 JST

| | |
|---|---|
| RENE VAN MEERBEKE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC., NICHOLAS WOODMAN, and JACK LAZAR, and ANTHONY J. BATES<br><br>Defendants. | Case No.: 3:16-cv-00598 JST<br><br>Judge: Hon. Jon S. Tigar<br><br>Date Action Filed: February 4, 2016 |
| MAJESTY PALMS, LLLP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC., NICHOLAS WOODMAN, and JACK LAZAR,<br><br>Defendants. | Case No.: 3:16-cv-00845 JST<br><br>Judge: Hon. Jon S. Tigar<br><br>Date Action Filed: February 19, 2016 |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO RESPOND AND CONTINUING CMC

Case No.: 3:16-cv-00232 JST
Case No.: 3:16-cv-00338 JST
Case No.: 3:16-cv-00598 JST
Case No.: 3:16-cv-00845 JST

WHEREAS, the following actions are proposed class actions alleging violations of the federal securities laws against GoPro, Inc. ("GoPro" or the "Company"), Nicholas Woodman, Jack Lazar, and/or Anthony Bates (collectively, "Defendants"):

*Bodri v. GoPro, Inc., et al.*, Case No. 3:16-cv-00232 JST, filed on January 13, 2016 ("*Bodri*");

*Deem v. GoPro, Inc., et al.,* Case No. 3:16-cv-00338 JST, filed on January 21, 2016 ("*Deem*");

*Rene Van Meerbeke v. GoPro, Inc., et al.,* Case No. 3:16-cv-00598 JST, filed on February 4, 2016 ("*Van Meerbeke*"); and

*Majesty Palms, LLLP v. GoPro, Inc., et al.*, Case No. 3:16-cv-00845 JST, filed on February 19, 2016 ("*Majesty Palms*")

(together, the "Securities Actions");

WHEREAS, on January 14, 2016, this Court issued an Initial Case Management Scheduling Order (Dkt. No. 6) in *Bodri*, the first-filed action, setting the following deadlines:

1. **March 23, 2016** for the parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Northern District of California Civil Local Rules ("Local Rules" or "Civil L.R.") and Alternative Dispute Resolution ("ADR") Local Rules regarding discovery, early settlement, and the ADR Multi-Option Program; and
2. **April 6, 2016** for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a Joint Case Management Statement; and
3. **April 13, 2016 at 2:00 p.m.** for an initial case management conference;

WHEREAS, on January 27, 2016 and on February 16, 2016, the Court issued Orders deeming the *Deem* and *Van Meerbeke* actions "related cases" within the meaning of Civil L.R. 3-12 and ordering that the case management deadlines in the reassigned cases be rescheduled (Dkt. Nos. 9, 11);

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO RESPOND AND CONTINUING CMC

1

Case No.: 3:16-cv-00232 JST
Case No.: 3:16-cv-00338 JST
Case No.: 3:16-cv-00598 JST
Case No.: 3:16-cv-00845 JST

WHEREAS, on March 7, 2016, a stipulated administrative motion to relate the *Majesty Palms* action was filed, and on March 14, 2016, the Court issued an Order deeming the *Majesty Palms* action a "related case" within the meaning of Civil L.R. 3-12 (Dkt. Nos. 13, 42);

WHEREAS, the Securities Actions are subject to the requirements of the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions;

WHEREAS, the Reform Act provides for the appointment of a lead plaintiff to act on behalf of the purported class, and further provides that the appointment of lead plaintiff shall not be made until after a decision on a motion to consolidate is rendered (15 U.S.C. § 78u-4(a)(3)(B)(ii));

WHEREAS, on March 14, 2016, motions for consolidation and for appointment of lead plaintiff and lead counsel in the consolidated actions were filed ("Lead Plaintiff Motions") (Dkt. Nos. 15, 16, 21, 26, 31, 32, 36, 40);

WHEREAS, the parties expect that the Court will set a schedule for a consolidated complaint to be filed after the determination of the Lead Plaintiff Motions;

WHEREAS, Defendants anticipate filing motions to dismiss the claims asserted against them;

WHEREAS, because the special procedures specified in the Reform Act contemplate (i) the consolidation of similar actions; (ii) appointment of lead plaintiff; and (iii) the filing of a single consolidated complaint by lead plaintiff and counsel to be appointed by the Court, requiring Defendants to respond to the initial complaints in each of the Securities Actions would result in the needless expenditure of private and judicial resources; and

WHEREAS, counsel for the plaintiffs and defendants in the Securities Actions respectfully submit that good cause exists to vacate the existing April 13, 2016 initial case management conference and associated ADR deadlines until such time as the Court has the opportunity to rule on the appointment of lead plaintiff and approval of lead counsel;

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO RESPOND AND CONTINUING CMC

2

Case No.: 3:16-cv-00232 JST
Case No.: 3:16-cv-00338 JST
Case No.: 3:16-cv-00598 JST
Case No.: 3:16-cv-00845 JST

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1. Pursuant to Civil L.R. 6-1(a), the defendants' obligation to answer, move or otherwise respond to the complaint in any of the Securities Actions (*i.e.*, the *Bodri*, *Deem, Van Meerbeke* and *Majesty Palms* complaints) is stayed pending the appointment of lead plaintiff and lead counsel. Thereafter, the parties shall meet and confer and submit a mutually agreeable schedule for (i) the filing of a consolidated complaint (or designation of an operative complaint), (ii) defendants' responses to the consolidated or operative complaint, and (iii) the briefing of any motions to dismiss filed by defendants. The consolidated or operative complaint shall supersede all complaints filed in any action that is consolidated herein.

2. Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for April 13, 2016 be vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules, to be rescheduled for a date after the filing of the consolidated complaint or after the Court rules on defendants' anticipated motion(s) to dismiss the consolidated complaint, as the Court determines to be appropriate; all associated ADR Multi-Option Program deadlines likewise be deferred; and any case management conference and associated deadlines being rescheduled by the Court in the recently related *Deem, Van Meerbeke* and *Majesty Palms* matters be similarly scheduled in light of the foregoing.

Dated: March 16, 2016

FENWICK & WEST LLP

By: /s/ Catherine D. Kevane
Catherine D. Kevane

555 California Street, 12th Floor
San Francisco, California 94104
Phone: (415) 875-2300
Fax: (415) 281-1350

Attorneys for Defendants
GoPro, Inc., Nicholas Woodman, Jack Lazar, and Anthony Bates

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO RESPOND AND CONTINUING CMC

3

Case No.: 3:16-cv-00232 JST
Case No.: 3:16-cv-00338 JST
Case No.: 3:16-cv-00598 JST
Case No.: 3:16-cv-00845 JST

Dated: March 16, 2016

GLANCY PRONGAY & MURRAY LLP

By: /s/ Charles H. Linehan

Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Phone: (310) 201-9150
Fax: (310) 201-9160
Email: lglancy@glancylaw.com
rprongay@glancylaw.com
lportnoy@glancylaw.com
clinehan@glancylaw.com

Attorneys for Plaintiff Joseph Bodri

Dated: March 16, 2016

KAPLAN FOX & KILSHEIMER LLP

By: /s/ Laurence D. King

Laurence D. King
Mario Man-Lung Choi
350 Sansome Street, Suite 400
San Francisco, CA 94104
Phone: (415) 772-4700
Fax: (415) 772-4707
Email: lking@kaplanfox.com
mchoi@kaplanfox.com

Robert N. Kaplan
Jeffrey Phillip Campisi
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Phone: (212) 687-1980
Fax: (212) 687-7714
Email: rkaplan@kaplanfox.com
jcampisi@kaplanfox.com

Attorneys for Plaintiff Barry Lee Deem

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO RESPOND AND CONTINUING CMC

4

Case No.: 3:16-cv-00232 JST
Case No.: 3:16-cv-00338 JST
Case No.: 3:16-cv-00598 JST
Case No.: 3:16-cv-00845 JST

Dated: March 16, 2016

ROBBINS GELLER RUDMAN & DOWD LLP

By: /s/ Shawn A. Williams

Shawn A. Williams
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Phone: (415) 288-4545
Fax: (415) 288-4534
Email: shawnw@rgrdlaw.com

Michael I. Fistel, Jr.
Johnson & Weaver, LLP
40 Powder Springs Street
Marietta, GA 30064
Phone: (770) 200-3104
Fax: (770) 200-3101
Email: michaelf@johnsonandweaver.com

Attorneys for Plaintiff Rene Van Meerbeke

Dated: March 16, 2016

STULL, STULL & BRODY

By: /s/ Patrice L. Bishop

Patrice L. Bishop
9430 W. Olympic Blvd., Suite 400
Beverly Hills, CA 90212
Phone: (310) 209-2468
Fax: (310) 209-2087
Email: pbishop@ssbla.com

Thomas J. McKenna
Gregory M. Egleston
GAINEY McKENNA & EGLESTON
440 Park Avenue South, 5th Floor
New York, NY 10016
Phone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
gegleston@gme-law.com

Attorneys for Plaintiff Majesty Palms, LLLP

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO RESPOND AND CONTINUING CMC

5

Case No.: 3:16-cv-00232 JST
Case No.: 3:16-cv-00338 JST
Case No.: 3:16-cv-00598 JST
Case No.: 3:16-cv-00845 JST

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: March 16, 2016

FENWICK & WEST LLP

By: /s/ Catherine D. Kevane
Catherine D. Kevane

555 California Street, 12th Floor
San Francisco, California 94104
Phone: (415) 875-2300
Fax: (415) 281-1350

Attorneys for Defendants
GoPro, Inc., Nicholas Woodman,
Jack Lazar, and Anthony Bates

* * *

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 17, 2016

Hon. Jon S. Tigar
United States District Court Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Jon S. Tigar

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO RESPOND AND CONTINUING CMC

6

Case No.: 3:16-cv-00232 JST
Case No.: 3:16-cv-00338 JST
Case No.: 3:16-cv-00598 JST
Case No.: 3:16-cv-00845 JST