Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
gnecf@classcounsel.com

*Proposed Liaison Counsel for Plaintiffs*

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com

*Proposed Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BODRI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GoPro Inc., et al.<br><br>Defendants. | Case No.:  3:16-cv-00232-JST<br><br><u>CLASS ACTION</u><br><br>**RESPONSE OF MOVANT FEDON GROUP TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>Date:      April 21, 2016<br>Time:      2:00 p.m.<br>Courtroom: 9<br>Judge:     Hon. Jon S. Tigar |

| | |
|---|---|
| BARRY LEE DEEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GoPro Inc., et al.<br><br>Defendants. | Case No.:  3:16-cv-00338-JST |
| RENE VAN MEERBEKE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GoPro Inc., et al.<br><br>Defendants. | Case No.:  3:16-cv-00598 |

1  On March 14, 2016, pursuant to Section 21(D)(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), movants Leonard and Janice Fedon ("Fedons"), Julia and Charles Boettcher ("Boettchers"), Keith Drennan ("Drennan"), Lenny Muma ("Muma"), and Christopher Murphy ("Murphy") (collectively the "Fedon Group") moved for appointment of lead plaintiff in connection with the above-captioned securities fraud class actions.  A number of other putative class members also moved for appointment as lead plaintiff.

The PSLRA defines the most adequate plaintiff (presumptively) as the "person or group of persons" that, among other things, has "the largest financial interest in the relief sought by the class." §15 U.S.C. 78u-4(a)(3)(B)(iii)(I).  Upon review of the competing motions and memoranda in support, it appears that the Fedon Group does not possess the largest financial interest in the relief sought by the class and, therefore, does not qualify for the PSLRA's presumption of adequacy.  Instead, the Fedon Group acknowledges that movant GoPro Group—consisting of Sanjeev Dhari Ravipudi Revocable Trust, Sanjeev Dhari Ravipudi as Trustee, Meena Nupur Revocable Trust, Meena Nupur as Trustee, and Shelley Lynn Ravipudi as Custodian for Kailash Ravipudi (the "Nupur Family"), Karen Mokrushin, Balwinder Brar, Joe Errico, and Rajendra Panchal—having suffered the largest loss of any of the competing lead plaintiff movants, is the presumptive lead plaintiff under the provisions of the PSLRA. 15 U.S.C. §77z-1(a)(3)(13)(iii)(II).

Should the Court determine that the other lead plaintiff movants are inadequate or incapable of representing the class, the Fedon Group continues to be willing and able to serve as lead plaintiff on behalf of the class.  This response shall have no effect on the Fedon Group's rights as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

| | |
|---|---|
| Dated: March 28, 2016 | Respectfully submitted, |

/s/ Robert S. Green
Robert S. Green
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Ste. 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, CA 90804
Tel: (562) 391-2487
gnecf@classcounsel.com

*Counsel for Plaintiffs the Fedon Group*

William B. Federman
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235.1560
Facsimile:  (405) 239-2112
-and-
2926 Maple Ave., Suite 200
Dallas, TX  75201
wbf@federmanlaw.com

*Counsel for Plaintiffs the Fedon Group*