**LEVI & KORSINSKY LLP**
Adam, C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: amccall@zlk.com

*Attorneys for Movant Bending Spoon ApS*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BODRI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC., NICHOLAS WOODMAN, and JACK LAZAR,<br><br>Defendants. | No. 3:16-cv-00232-JST<br><br>Hon. Jon S. Tigar<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date: April 21, 2016<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor |
| BARRY LEE DEEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC., NICHOLAS WOODMAN, and JACK LAZAR,<br><br>Defendants. | No. 4:16-cv-00338-JST<br><br>Hon. Jon S. Tigar |
| RENE VAN MEERBEKE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC., NICHOLAS WOODMAN, JACK LAZAR, and ANTHONY J. BATES,<br><br>Defendants. | No. 3:16-cv-00598-JST<br><br>Hon. Jon S. Tigar |

| | |
|---|---|
| MAJESTY PALMS, LLLP, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC., NICHOLAS WOODMAN, and JACK LAZAR,<br><br>Defendants. | No. 4:16-cv-00845-CW<br><br>Hon. Claudia Wilken |

Movant Bending Spoon ApS ("Movant") respectfully withdraws its motion with respect to the competing motions for consolidation of the actions, appointment as Lead Plaintiff and approval of selection of Lead Counsel. ECF No. 31. On March 14, 2016, Movant timely filed a motion for consolidation of the actions, appointment as Lead Plaintiff and approval of his selection of counsel, both individually and as part of an investor group. Movant withdraws only the motion made for its individual appointment as Lead Plaintiff. Movant will be represented by the law firm of Gainey McKenna & Egleston in connection with all matters related to the above-captioned actions.

Dated: March 28, 2016            Respectfully submitted,

**LEVI & KORSINSKY LLP**

/s/ Adam C. McCall
Adam C. McCall
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: amccall@zlk.com

NOTICE OF WITHDRAWAL
Nos. 3:16-cv-00232, 4:16-cv-00338, 3:16-cv-00598, and 4:16-cv-00845
2

# CERTIFICATE OF SERVICE

I, Adam C. McCall, hereby declare under penalty of perjury as follows:

I am an associate attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On March 28, 2016, I electronically filed the following **NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT AS LED PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 14, 2016.

/s/ Adam C. McCall
Adam C. McCall