1  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
2  RACHELE R. RICKERT (190634)
   rickert@whafh.com
3  MARISA C. LIVESAY (223247)
   livesay@whafh.com
4  BRITTANY N. DEJONG (258766)
   dejong@whafh.com
5  **WOLF HALDENSTEIN ADLER**
     **FREEMAN & HERZ LLP**
6  750 B Street, Suite 2770
   San Diego, CA 92101
7  Telephone: 619/239-4599
   Facsimile:  619/234-4599
8
9  Counsel for Movant Michal Kadera

10
                **UNITED STATES DISTRICT COURT**
11
                **NORTHERN DISTRICT OF CALIFORNIA**
12

13 | JOSEPH BODRI, Individually and on          ) Case No. 3:16-cv-00232-JST
14 | Behalf of All Others Similarly Situated,   )
   |                                            ) **NOTICE OF SUPPORT OF THE GOPRO**
15 |                Plaintiff,                  ) **GROUP'S MOTION FOR CONSOLIDATION**
   |                                            ) **OF RELATED ACTIONS, APPOINTMENT AS**
16 | v.                                         ) **LEAD PLAINTIFF AND APPROVAL OF**
   |                                            ) **SELECTION OF COUNSEL**
17 | GOPRO, INC., NICHOLAS                      )
18 | WOODMAN, and JACK LAZAR,                   )
   |                                            ) DATE:    April 21, 2016
19 |                Defendants.                 ) TIME:    2 p.m.
   |                                            ) CTRM:    9, 19th Floor
20 |                                            ) JUDGE:   Hon. Jon S. Tigar

28  NTC OF SUPPORT OF THE GOPRO GROUP'S MTN FOR CONSOL. OF RELATED ACTIONS, APPT OF
    LEAD PLAINTIFF; AND APPROVAL OF SELECTION OF COUNSEL
    CASE NO. 3:16-cv-00232-JST

| | | |
|---|---|---|
| 1 | BARRY LEE DEEM, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 3:16-cv-00338-JST |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) | |
| 5 | ) ) | |
| 6 | GOPRO, INC., NICHOLAS WOODMAN, and JACK LAZAR, ) ) | |
| 7 | ) Defendants. ) | |
| 8 | ) ) | |
| 9 | ) | |
| 10 | RENE VAN MEERBEKE, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 3:16-cv-00598-JST |
| 11 | ) | |
| 12 | Plaintiff, ) ) | |
| 13 | ) | |
| 14 | v. ) ) | |
| 15 | GOPRO, INC., NICHOLAS WOODMAN, JACK LAZAR, and ANTHONY J. BATES ) ) ) | |
| 16 | ) | |
| 17 | Defendants. ) ) | |
| 18 | ) | |
| 19 | MAJESTY PALMS LLLP, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 4:16-cv-00845-CRW |
| 20 | ) | |
| 21 | Plaintiff, ) ) | |
| 22 | ) | |
| 23 | v. ) ) | |
| 24 | GOPRO, INC., NICHOLAS WOODMAN, and JACK LAZAR, ) ) | |
| 25 | ) Defendants. ) | |
| 26 | ) | |
| 27 | | |
| 28 | NTC OF SUPPORT OF THE GOPRO GROUP'S MTN FOR CONSOL. OF RELATED ACTIONS, APPT OF LEAD PLAINTIFF; AND APPROVAL OF SELECTION OF COUNSEL<br>CASE NO. 3:16-cv-00232-JST | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Movant Michal Kadera respectfully submits this statement of non-opposition with respect to the competing motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel. Movant respectfully submits that, after reviewing the motions for lead plaintiff, the submission by movants Sanjeev Dhari Ravipudi Revocable Trust, Sanjeev Dhari Ravipudi as Trustee, Meena Nupur Revocable Trust, Meena Nupur as Trustee, and Shelley Lynn Ravipudi as Custodian for Kailash Ravipudi (collectively, the "Nupur Family"), Karen Mokrushin, Balwinder Brar, Joe Errico, and Rajendra Panchal (together with the Nupur Family the "GoPro Group") (Dkt. No. 26) reveals that the GoPro Group has the largest financial interest in the relief sought in the litigation among the competing movants and is, therefore, the presumptive most adequate Lead Plaintiff. Accordingly, movant Kadera supports the GoPro Group's motion for appointment as Lead Plaintiff and approval of the GoPro Group's selection of counsel to represent the Lead Plaintiffs and the putative class.

By this statement of non-opposition, Movant does not waive rights to participate and recover as class members in this litigation. Furthermore, Movant remains ready, willing and able to serve as Lead Plaintiff if the need arises.

DATED: March 28, 2016

Respectfully submitted,
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**

By:   */s/ Rachele R. Rickert*
       RACHELE R. RICKERT

FRANCIS M. GREGOREK
gregorek@whafh.com
BETSY C. MANIFOLD
manifold@whafh.com
RACHELE R. RICKERT
rickert@whafh.com
MARISA C. LIVESAY
livesay@whafh.com
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

Attorneys for Movant Michal Kadera

GOPRO:22808