1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    JOSEPH BODRI, et al.,                    Case Nos. 16-cv-00232-JST,
                                              16-cv-00845-JST
            Plaintiffs,
8
                                              **MINUTE ORDER NOTING DISMISSAL**
9           v.
                                              Re: ECF No. 89
     GOPRO, INC., et al.,
10
            Defendants.
11

12          On July 28, 2016, Plaintiff Majesty Palms, LLP filed a Notice of Voluntary Dismissal,

13   stating "that the claims of the Severed Class are hereby dismissed without prejudice."  ECF No.

14   89.  Because the notice was filed "before the opposing party serve[d] either an answer or a motion

15   for summary judgment," the notice is effective without Court order.  Fed. R. Civ. P.

16   41(a)(1)(A)(i).

17          Related case number 16-cv-00845-JST has been dismissed without prejudice.  The Clerk

18   shall close the file in that case only.

19          IT IS SO ORDERED.

20   Dated: July 28, 2016

21                                              _____
                                                         JON S. TIGAR
22                                                United States District Judge

23

24

25

26

27

28

United States District Court
Northern District of California