1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   MATTHEW S. MELAMED (260272)
3  NADIM G. HEGAZI (264841)
   Post Montgomery Center
4  One Montgomery Street, Suite 1800
   San Francisco, CA 94104
5  Telephone: 415/288-4545
   415/288-4534 (fax)
6  shawnw@rgrdlaw.com
   mmelamed@rgrdlaw.com
7  nhegazi@rgrdlaw.com

8  Lead Counsel for Plaintiff

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12 JOSEPH BODRI, Individually and on Behalf  )  Lead Case No. 3:16-cv-00232-JST
   of All Others Similarly Situated,         )
13                                            )  **(CONSOLIDATED)**
                          Plaintiff,          )
14                                            )  CLASS ACTION
          vs.                                 )
15                                            )  STIPULATION AND [PROPOSED] ORDER
   GOPRO, INC., et al.,                       )  TO EXTEND THE DEADLINE FOR
16                                            )  PLAINTIFF TO FILE AN AMENDED
                          Defendants.         )  COMPLAINT AND SETTING A BRIEFING
17 _____   )  SCHEDULE

18

19

20

21

22

23

24

25

26

27

28

1264006_1

1    Pursuant to Civil Local Rules 6-2 and 7-12, the parties – Lead Plaintiff Camia Investment

2    LLC ("Plaintiff") and Defendants GoPro, Inc., Nicholas D. Woodman, Jack R. Lazar, and Anthony

3    J. Bates ("Defendants") – by and through their undersigned counsel of record, submit the following

4    stipulation and proposed order:

5         WHEREAS, on March 17, 2016, the Court previously granted the parties' stipulated request

6    to extend the time for Defendants to respond to the initial complaints and to continue the case

7    management conferences in this and related actions (Dkt. No. 48);

8

9         WHEREAS, on July 28, 2016, Plaintiff filed the Amended Consolidated Complaint for

10   Violations of the Federal Securities Laws (the "Complaint") (Dkt. No. 90);

11        WHEREAS, on September 26, 2016, Defendants moved to dismiss the Complaint (Dkt. No.

12   94); on November 16, 2016, Plaintiff filed its opposition to Defendants' motion (Dkt. No. 98); and

13   on December 22, 2016, Defendants filed their reply in support of their motion (Dkt. No. 100);

14

15        WHEREAS, on January 19, 2017, the Court heard argument on Defendants' motion to

16   dismiss the Complaint and took the motion under submission (Dkt. No. 104);

17        WHEREAS, on May 1, 2017, the Court issued an Order granting Defendants' motion to

18   dismiss the Complaint and providing Plaintiff 21 days, until May 22, 2017, to file an amended

19   complaint (Dkt. No. 109);

20        WHEREAS, due to the need for additional time to address the reasons given by the Court for

21   dismissing the Complaint and to scheduling conflicts in other cases, Plaintiff requested additional

22   time to file an amended complaint;

23

24        WHEREAS, the parties have met and conferred and have agreed, subject to Court approval,

25   that Plaintiff shall have until June 14, 2017 to file an amended complaint; and

26        WHEREAS, the parties have also conferred regarding a briefing schedule in anticipation of

27   Defendants' motion to dismiss the amended complaint, and have agreed, subject to Court approval,

28

that Defendants shall have until July 18, 2017 to file such a motion, that Plaintiff shall have until August 17, 2017 to file an opposition, and that Defendants shall have until August 31, 2017 to file a reply;

NOW, THEREFORE, the parties agree and stipulate that:

1.  Plaintiff shall have until June 14, 2017 to file an amended complaint; and

2.  In the event Plaintiff files an amended complaint and Defendants determine they will move to dismiss the amended complaint:

    (a) Defendants shall have until July 18, 2017 to file the motion;

    (b) Plaintiff shall have until August 17, 2017 to file an opposition; and

    (c) Defendants shall have until August 31, 2017 to file a reply.

DATED: May 17, 2017

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
MATTHEW S. MELAMED
NADIM G. HEGAZI


s/ Matthew S. Melamed
MATTHEW S. MELAMED

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

DATED: May 17, 2017

FENWICK & WEST LLP
CATHERINE KEVANE


s/ Catherine Kevane
CATHERINE KEVANE

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415/875-2325
415/693-2222 (fax)

Attorneys for Defendants GoPro, Inc., Nicholas
D. Woodman Jack R. Lazar and Anthony J. Bates

1264006_1

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO
FILE AN AMENDED COMPLAINT AND SETTING A BRIEFING SCHEDULE - 3:16-cv-00232-JST - 2 -

*     *     *

I, Matthew S. Melamed, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend the Deadline for Plaintiff to File an Amended Complaint and Setting a Briefing Schedule.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Catherine Kevane has concurred in this filing.

s/ Matthew S. Melamed
MATTHEW S. MELAMED

*     *     *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 19, 2017

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND SETTING A BRIEFING SCHEDULE - 3:16-cv-00232-JST      - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 17, 2017.

s/ Matthew S. Melamed

MATTHEW S. MELAMED

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:mmelamed@rgrdlaw.com

1264006_1

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND SETTING A BRIEFING SCHEDULE - 3:16-cv-00232-JST     - 4 -

# Mailing Information for a Case 3:16-cv-00232-JST Bodri v. GoPro, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrice L. Bishop**
  service@ssbla.com

- **Stephen Douglas Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com

- **Jeffrey Philip Campisi**
  jcampisi@kaplanfox.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com

- **Catherine Duden Kevane**
  ckevane@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com,jtosches@fenwick.com

- **Michael I. Fistel , Jr**
  michaelf@johnsonandweaver.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lglancy@glancylaw.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Nadim Gamal Hegazi**
  nhegazi@rgrdlaw.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,michaelf@johnsonandweaver.com,ceciliar@johnsonandweaver.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Kaitlin O Keller**
  kkeller@fenwick.com,rchang@fenwick.com

- **Phillip C Kim**
  pkim@rosenlegal.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com,nlee@kaplanfox.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Thomas J. McKenna**
  tjmlaw2001@yahoo.com,tjmckenna@gme-law.com

- **Matthew Seth Melamed**
  mmelamed@rgrdlaw.com,e_file_SF@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Susan Samuels Muck**
  smuck@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com,recordsecf@fenwick.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Lesley F. Portnoy**
  LPortnoy@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Barbara Ann Rohr**
  brohr@faruqilaw.com,smarton@faruqilaw.com,bheikali@faruqilaw.com,ecf@faruqilaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **Sunny September Sarkis**
  Ssarkis@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)