ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
MATTHEW S. MELAMED (260272)
NADIM G. HEGAZI (264841)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
mmelamed@rgrdlaw.com
nhegazi@rgrdlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH BODRI, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>GOPRO, INC., et al.,<br><br>  Defendants. | Lead Case No. 3:16-cv-00232-JST<br><br>**(CONSOLIDATED)**<br><br><u>CLASS ACTION</u><br><br>JOINT STIPULATION AND [PROPOSED] ORDER ENTERING FINAL JUDGMENT IN FAVOR OF DEFENDANTS |

1277495_1

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 7-12, the parties – Lead Plaintiff Camia Investment LLC |
| 2 | ("Plaintiff") and Defendants GoPro, Inc., Nicholas D. Woodman, Jack R. Lazar, and Anthony J. |
| 3 | Bates ("Defendants") – by and through their undersigned counsel of record, submit the following |
| 4 | stipulation and proposed order: |
| 5 | WHEREAS, on May 1, 2017, the Court entered the Order Granting Defendants' Motion to |
| 6 | Dismiss Amended Consolidated Class Action Complaint without prejudice and permitting Plaintiff |
| 7 | to file an amended complaint within 21 days (the "May 1, 2017 Order") (Dkt. No. 109); |
| 8 | WHEREAS, on May 19, 2017, the Court entered an order extending Plaintiff's deadline to |
| 9 | file an amended complaint to June 14, 2017 (Dkt. No. 111); |
| 10 | WHEREAS, on June 14, 2017, Plaintiff informed Defendants that it would not be filing an |
| 11 | amended complaint, that it would not appeal the May 1, 2017 Order, and that it would consent to |
| 12 | entry of judgment; |
| 13 | WHEREAS, the parties agree that the claims asserted in this matter were brought and |
| 14 | defended in good faith with a reasonable basis and in compliance with Federal Rule of Civil |
| 15 | Procedure 11(b); and |
| 16 | WHEREAS, the parties agree that each side shall bear its own attorneys' fees and costs |
| 17 | incurred in connection with this action; |
| 18 | NOW, THEREFORE, the parties agree and stipulate that: |
| 19 | 1. Plaintiff's claims are dismissed with prejudice and final judgment shall be entered in |
| 20 | favor of Defendants, with all parties waiving their rights to appeal from any aspect of this action; |
| 21 | 2. The Clerk is directed to enter this judgment forthwith and close the file; |
| 22 | 3. The claims asserted in this matter were brought and defended in good faith with a |
| 23 | reasonable basis and in compliance with Federal Rule of Civil Procedure 11(b); and |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

4. Each side shall bear its own attorneys' fees and costs incurred in connection with this action.

IT IS SO ORDERED.

DATED: June 16, 2017

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
MATTHEW S. MELAMED
NADIM G. HEGAZI

s/ Matthew S. Melamed
MATTHEW S. MELAMED

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

DATED: June 16, 2017

FENWICK & WEST LLP
CATHERINE KEVANE

s/ Catherine Kevane
CATHERINE KEVANE

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415/875-2325
415/693-2222 (fax)

Attorneys for Defendants GoPro, Inc., Nicholas D. Woodman Jack R. Lazar and Anthony J. Bates

\*   \*   \*

I, Matthew S. Melamed, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Entering Final Judgment in Favor of Defendants. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Catherine Kevane has concurred in this filing.

s/ Matthew S. Melamed
MATTHEW S. MELAMED

\*   \*   \*

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | |
| 4 | DATED: June 18, 2017_____    _____ |
| 5 | THE HONORABLE JON S. TIGAR<br>UNITED STATES DISTRICT JUDGE |